THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE STILLAGUAMISH TRIBE OF INDIANS,<br><br>    Plaintiff,<br> v.<br><br>DAVID L. NELSON, et al.,<br><br>    Defendants. | CASE NO. C10-327RAJ<br><br>ORDER GRANTING IN PART NELSON DEFENDANTS' MOTION TO QUASH NOTICES OF DEPOSITION |

  This matter comes before the court on the Nelson defendants' motion to quash notices of deposition and to extend discovery deadline with respect to deposing the Nelson defendants. Dkt. # 209. In late October or November 2011, counsel for the Nelson defendants received a call from an Assistant United States Attorney advising him that while the criminal investigation had been dormant, the investigation of the Nelson defendants had not died. Dkt. # 210 (Shafer Decl.) ¶ 3. Counsel for the Nelson defendants has been advised that the statute of limitations for bringing the criminal action against them expires by the end of May 2012. *Id.* ¶ 4. The Nelson defendants argue that if the depositions are not postponed until after the end of May 2012, they will be in the untenable position of either asserting their Fifth Amendment Privilege against self-

incrimination, and suffer the fate of an adverse inference instruction, or testifying and waiving the privilege. *See Doe ex rel Rudy-Glanzer v. Glanzer*, 232 F.3d 1258, 1264 (9th Cir. 2000) (adverse inference may be drawn in civil case where a witness invokes the Fifth Amendment right against self-incrimination when silence is countered by independent evidence of the fact being questioned, but that same inference cannot be drawn when there is no evidence to support the allegation). Plaintiff argues that an extension of the discovery cut-off until July 31, 2012 would unduly prejudice it and other parties. Dkt. # 225 at 8.[1] Plaintiff argues that it should not be deprived of the opportunity to file dispositive motions and narrow the issues for trial.

Trial is currently set for September 10, 2012, the dispositive motions deadline is set for June 12, 2012, and the discovery cut-off is May 14, 2012. The court understands the concerns raised by both parties. Accordingly, the court GRANTS the Nelson defendants' motion to quash and extend the discovery deadline in part. The discovery cut-off of May 14, 2012 will remain for all discovery other than the depositions of the Nelson defendants. The depositions of the Nelson defendants must be completed by June 29, 2012.[2] The new dispositive motion deadline will be July 31, 2012. The new trial date will be November 5, 2012. Other pre-trial deadlines will be adjusted based on the new trial date. The Clerk of Court is ORDERED to issue a new scheduling order consistent with this order.

---

[1] The court notes that plaintiff filed its response two days after it was due. Additionally, the court puts the parties on notice that it will not tolerate unfounded accusations or vitriolic responses by counsel. The court expects counsel to treat each other with professional courtesy. The court also expects the parties to read and abide by the Federal Rules of Civil Procedure and the Local Civil Rules, including meet and confer requirements. The parties are on notice that future violations of the court rules may result in sanctions.

[2] The Chapman defendants originally filed a joinder to the Nelson defendants' motion with respect to deposing the Chapman defendants. They have since filed a separate motion to quash deposition notices raising the same concerns as the Nelson defendants. Dkt. # 218. That motion is not yet ripe. The court encourages the parties to file a stipulation, consistent with this order, with respect to extending the deadline for deposition of the Chapman defendants.

1  Dated this 13th day of April, 2012.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART NELSON DEFENDANTS' MOTION TO QUASH NOTICES OF DEPOSITION- 3